929 F.2d 694
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
William Lewis SMITH, Plaintiff-Appellant,
v.
E.G. BOWLES, Regional Administrator of P.H.P. Health
Services Corporation, P.H.P. Health Services Corporation,
John Doe, Former Regional Administrator of P.H.P. Health
Services Corporation, Don A. Swetter, Medical Director of
P.H.P. Health Services Corporation, F.G. Japzon, Medical
Doctor of P.H.P. Health Services Corporation, Sterlin
Suddarth, Medical Doctor of P.H.P. Health Services
Corporation, John Doe, Medical Doctor of P.H.P. Health
Services Corporation, Jeff D. Hill, Physician's Assistant of
P.H.P. Health Services Corporation, Louise Reeves, Head
Nurse of P.H.P. Health Services Corporation, Individually
and in their official capacities, Defendants-Appellees.
 No. 91-7021.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 26, 1991.
Decided March 26, 1991.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Walter E. Black, Jr., District Judge. (CA-89-2846-B)
 William Lewis Smith, appellant pro se.
 Paul T. Cuzmanes, Wilson, Elser, Moskowitz, Edelman & Dicker, Washington, D.C., for appellees.
 D.Md.
 AFFIRMED.
 Before PHILLIPS, SPROUSE and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 William Lewis Smith appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Smith v. Bowles, CA-89-2846-B (D.Md. Dec. 26, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.